# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

OLLIE MONTRELL SELDERS, JR.

NO. 2023 KW 0182

**APRIL 24, 2023**

---

In Re:    Ollie Montrell Selders, Jr., applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 2017-FELN-36170.

---

**BEFORE:    WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** Relator failed to point to any new, reliable, and noncumulative evidence to substantiate his claim of factual innocence.  See La. Code Crim. P. art. 926.2(B).  See also **State v. Hodge,** 2019-0568, 2019-0569 (La. 11/19/19), 286 So.3d 1023, 1028.  Accordingly, the district court did not abuse its discretion by denying the application for postconviction relief without holding an evidentiary hearing.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

a.s.

DEPUTY CLERK OF COURT
FOR THE COURT